**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7419**

UNITED STATES OF AMERICA,

 Plaintiff - Appellee,

 v.

ZANTWAN DEVORRIS WORTHY,

 Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., Senior District Judge.  (1:07-cr-00127-NCT-1)

Submitted:  November 17, 2009      Decided:  November 24, 2009

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Zantwan Devorris Worthy, Appellant Pro Se. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zantwan Devorris Worthy appeals the district court's order denying his motion filed under Fed. R. Crim. P. 36. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Worthy, No. 1:07-cr-00127-NCT-1 (M.D.N.C. July 20, 2009). Further, we deny Worthy's motion to consolidate. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2